# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| WESLEY EDWARD SMITH, III, | ) | C/A No.: 8:11-2033 DCN |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| STATE OF SOUTH CAROLINA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

     This matter is before the court pursuant to petitioner's Motion to Dismiss. This motion was filed on February 17, 2012. After careful review of the pleadings, it is therefore

     **ORDERED**, that the petitioner's Motion to Dismiss is **DENIED** for lack of jurisdiction.

     **AND IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

June 14, 2012
Charleston, South Carolina